UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JEREMIAH M. CROTTS, | ) | |
|        Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| ANDREW SAUL, | ) | |
| *Commissioner of Social Security* | ) | |
| *Administration,* | ) | Case No. 5:18-CV-483-KS |
|        Defendant. | ) | |
| | ) | |

---

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** the Plaintiff's Motion for Judgment on the Pleadings [DE-24] is GRANTED, Defendant's Amended Motion for Judgment on the Pleadings [DE-33] is DENIED and the case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration.

This judgment filed and entered on May 26, 2020, with electronic service upon:

Stephen Camak, *Counsel for Plaintiff*
Mark Goldenberg, *Counsel for Defendant*

**PETER A. MOORE, JR.**
CLERK, U.S. DISTRICT COURT

DATE: May 26, 2020          /s/ *Shelia Foell*

                                (By): Shelia Foell, Deputy Clerk of Court