IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-cv-483-KS

| JEREMIAH M. CROTTS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER APPROVING MOTION |
| | ) | FOR ATORNEY FEES |
| KILOLO KIJAKAZI, | ) | ATTORNEY FEES PURSUANT |
| COMMISSIONER OF | ) | TO 42 U.S.C. § 406(b) |
| SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's unopposed motion for approval of attorney's fees under section 406(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $12,023.38. Attorney's fees under section 406(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees under the 42 U.S.C. § 406(a) for services performed before the agency in the amount of $6,000.00.

IT IS HEREBY ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $12,023.38.

SO ORDERED, this 22nd day of July 2021.

*Kimberly A. Swank*
KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE